THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Civil Case Nos. |
| WELLS FARGO BANK, N.A. ) | 2:12-cv-00035 |
| RIVER ROCK CASES. ) | 2:12-cv-00037 |
| ) | 2:12-cv-00038 |
| ) | 2:12-cv-00040 |
| ) | 2:12-cv-00042 |
| ) | 2:12-cv-00047 |
| ) | 2:12-cv-00050 |
| ) | 2:12-cv-00054 |
| ) | 2:12-cv-00060 |
| ) | 2:12-cv-00061 |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Consent Motion for Voluntary Dismissal of Elizabeth Madden filed in each of the above-referenced cases.

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion is **GRANTED**, and Defendant Elizabeth Madden is hereby **DISMISSED WITH PREJUDICE** from the above-referenced actions.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Martin Reidinger
United States District Judge