**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**WELLS FARGO BANK, N.A.<br>RIVER ROCK CASES** | **Civil Action Nos.: 1:11-cv-179;<br>2:12-cv-35; 2:12-cv-37;<br>2:12-cv-38; 2:12-cv-39;<br>2:12-cv-40; 2:12-cv-41;<br>2:12-cv-42; 2:12-cv-43;<br>2:12-cv-44; 2:12-cv-45;<br>2:12-cv-46; 2:12-cv-47;<br>2:12-cv-48; 2:12-cv-49;<br>2:12-cv-50; 2:12-cv-51;<br>2:12-cv-52; 2:12-cv-53;<br>2:12-cv-54; 2:12-cv-56;<br>2:12-cv-57; 2:12-cv-58;<br>2:12-cv-59; 2:12-cv-60;<br>2:12-cv-61** |

**O R D E R**

**THIS MATTER** is before the Court on the parties' Joint Motion for Extension of Deadlines under the Pretrial Order and Case Management Plan [Doc. 129].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan deadlines with respect to each of the above-captioned cases are hereby **EXTENDED** as follows:

Discovery Completion: **July 21, 2015**

Mediation Deadline: **July 28, 2015**

Motions Deadline: **August 4, 2015**

Absent a showing of extraordinary circumstances, the Court will permit no further extensions of the motions deadline.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge